UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                    CASE NO. 09-30700-PNS3
                                          CHAPTER 13
CRAIG WILLIAM SAIER

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: CHASE BANK USA, N.A. which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 385153 in the amount of 177.39 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                        /s/Leigh D. Hart or
                        /s/William J. Miller, Jr.
                        ─────────────────────────────
                          OFFICE OF THE CHAPTER 13 TRUSTEE
                          POST OFFICE BOX 646
                          TALLAHASSEE, FL 32302
                          ldhecf@earthlink.net
                          (850) 681-2734 "Telephone"
                          (850) 681-3920 "Facsimile"
```

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

```
CRAIG WILLIAM SAIER              CHASE BANK USA, N.A.
1613 GOVERNOR'S DRIVE            P.O. BOX 15415
PENSACOLA,  FL  32514            WILMINGTON, DE 18950-5145

AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501
```

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                        /s/Leigh D. Hart or
                        /s/William J. Miller, Jr.
1/29/2010 11:39 am / CR_213    OFFICE OF CHAPTER 13 TRUSTEE
```